IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: HARRY PEARSOL and SYLVIA PEARSOL | : | Bankruptcy No. 2-15-BK-21404 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 2 |
| Movant CACH, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    CACH, LLC

    Incorrect Address:  4340 S MONACO ST
                              FL 2
                              DENVER CO 80237-3485

Corrected Address:

    Creditor Name:    CACH, LLC

    Correct Address:  PO Box 10587
                              Greenville SC 29603-0587

Dated   7/5/2017

Signature of Creditor

*Susan Gaines* (signature)

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884

[RECEIVED 2017 JUL 20 A 11:16 — CLERK U.S. BANKRUPTCY COURT PITTSBURGH stamp]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DAVID J PERLA and LYNN PETRARCA-PERLA | : | Bankruptcy No. 2-15-BK-21014 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 3 |
| Movant CACH, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    CACH, LLC

    Incorrect Address:  4340 S MONACO ST
                            FL 2
                            DENVER CO 80237-3485

Corrected Address:

    Creditor Name:    CACH, LLC

    Correct Address:   PO Box 10587
                            Greenville SC 29603-0587

Dated   7/6/2017

Signature of Creditor

*Susan Gaines*

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884

RECEIVED
2017 JUL 20 A 11: 16
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH