Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Harry Pearsol
Sylvia Pearsol**
  Debtor(s)

Bankruptcy Case No.: 15−21404−CMB
Related to Dkt. No. 61
Chapter: 13
Docket No.: 62 − 61

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 30th of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/15/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **8/12/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/15/19.**

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21404-CMB
Harry Pearsol                                                         Chapter 13
Sylvia Pearsol
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2              Date Rcvd: May 30, 2019
                             Form ID: 408            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
```
db/jdb      +Harry Pearsol,    Sylvia Pearsol,    P.O. Box 86,    423 First Street,
              West Elizabeth, PA 15088-0086
cr          +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
cr          +U.S. Bank National Association, as Indenture Trust,    Aldridge Pite, LLP,
              4375 Jutland Drive Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr          +West Jefferson Hills School District,    McGrail & Associates, LLC,    1714 Lincoln Way,
              White Oak, PA  15131,    UNITED STATES 15131-1716
14033270    +JRMC Diagnostic Services,    10567 Sawmill Parkway, Suite 100,    Powell, OH 43065-6671
14033269    +Jefferson Hospital,    P.O. Box 643054,    Pittsburgh, PA 15264-3054
14079011    +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
              Attn: Dawn Lindner
14033271    +Pittsburgh Infectious Disease,    101 Drake Road, Suite C,    Pittsburgh, PA 15241-1556
14033272    +South Pittsburgh Anesthesia,    1699 Washington Rd., Suite 307,    Pittsburgh, PA 15228-1629
14033273    +Spring Leaf Finance,    P.O. Box 64,    Evansville, IN 47701-0064
14033274    +Suburban Urological Associates,    2790 Mossite Blvd., Suite G110,    Monroeville, PA 15146-2766
14033275    +The Park & Cardiothoracic & Vascular Ins,     P.O. Box 643797,    Pittsburgh, PA 15264-3797
14109958    +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
              Dallas TX 75261-9096
14033276    +UPMC CC,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14033277    +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14042127       E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:03:25     CACH, LLC,
              PO Box 10587,    Greenville, SC 29603-0587
14033268    +E-mail/Text: bdsupport@creditmanagementcompany.com May 31 2019 03:08:03
              Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14039817    +E-mail/Text: bankruptcy@huntington.com May 31 2019 03:07:37     Huntington National Bank,
              P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID
cr           U.S. Bank National Association, as indenture trust
cr*          CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
14033278*   +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14033279*   +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
                                                                                   TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
```
              Ashley Sweeney Wagner    on behalf of Creditor    West Jefferson Hills School District
               awagner@mcgrailassociates.com
              David Z. Valencik    on behalf of Joint Debtor Sylvia   Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Harry   Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: jhel                Page 2 of 2                  Date Rcvd: May 30, 2019
                               Form ID: 408              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                                        TOTAL: 8