**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HARRY PEARSOL<br>SYLVIA PEARSOL<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-21404<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

May 24, 2019

/s/　Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/23/2015 and confirmed on 7/13/15 . The case was subsequently          Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,749.49 |
| Less Refunds to Debtor | 9,658.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,091.15 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 2,879.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,879.20 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA | 19,278.82 | 19,278.82 | 0.00 | 19,278.82 |
|     Acct: 4121 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 0.00 | 13,439.33 | 0.00 | 13,439.33 |
|     Acct: 4121 | | | | |
|   US BANK NA | 2,101.97 | 2,101.97 | 0.00 | 2,101.97 |
|     Acct: 4121 | | | | |
|   WEST ELIZABETH BOROUGH (RE) | 34.51 | 34.51 | 67.20 | 101.71 |
|     Acct: 3F22 | | | | |
|   WEST JEFFERSON HILLS SD (W ELIZABE | 243.27 | 243.27 | 629.98 | 873.25 |
|     Acct: 3F22 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 2,431.94 | 2,431.94 | 147.82 | 2,579.76 |
|     Acct: 9249 | | | | |
| | | | | 38,374.84 |
| **Priority** | | | | |
|   DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARRY PEARSOL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARRY PEARSOL | 9,658.34 | 9,658.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK(*) | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 903.11 | 903.11 | 0.00 | 903.11 |
|     Acct: 5919 | | | | |
|   CACH LLC/CACV/COLLECT AMERICA | 13,934.00 | 13,934.00 | 0.00 | 13,934.00 |
|     Acct: 0400 | | | | |
|   CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8354 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: GKWQ | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5123 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3383 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2881 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOUNDATION RADIOLOGY GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FRG1 | | | | |
| JEFFERSON REGIONAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON REGIONAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4000 | | | | |
| JRMC DIAGNOSTIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAGEE WOMENS HOSPITAL OF UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9878 | | | | |
| OSI COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6179 | | | | |
| PARTNERS IN NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3140 | | | | |
| PITTSBURGH INFECTIOUS DISEASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWELL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2558 | | | | |
| SOUTH PITTSBURGH ANESTHESIA ASSO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINGLEAF(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUBURBAN UROLOGIC ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PARK CARDIOTHORACIC & VASCULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC/CANCER CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 14,837.11 |

TOTAL PAID TO CREDITORS                                                                                        53,211.95

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 24,090.51 |
| SECURED | 14,837.11 |

Date: 05/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HARRY PEARSOL
    SYLVIA PEARSOL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-21404

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                        BY THE COURT:

                                        _____
                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21404-CMB
Harry Pearsol                                                             Chapter 13
Sylvia Pearsol
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel                 Page 1 of 2              Date Rcvd: May 30, 2019
                                Form ID: pdf900            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db/jdb         +Harry Pearsol,    Sylvia Pearsol,    P.O. Box 86,    423 First Street,
                 West Elizabeth, PA 15088-0086
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +U.S. Bank National Association, as Indenture Trust,    Aldridge Pite, LLP,
                 4375 Jutland Drive Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr             +West Jefferson Hills School District,    McGrail & Associates, LLC,    1714 Lincoln Way,
                 White Oak, PA  15131,    UNITED STATES 15131-1716
14033270       +JRMC Diagnostic Services,    10567 Sawmill Parkway, Suite 100,    Powell, OH 43065-6671
14033269       +Jefferson Hospital,    P.O. Box 643054,    Pittsburgh, PA 15264-3054
14079011       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
                 Attn: Dawn Lindner
14033271       +Pittsburgh Infectious Disease,    101 Drake Road, Suite C,    Pittsburgh, PA 15241-1556
14033272       +South Pittsburgh Anesthesia,    1699 Washington Rd., Suite 307,    Pittsburgh, PA 15228-1629
14033273       +Spring Leaf Finance,    P.O. Box 64,    Evansville, IN 47701-0064
14033274       +Suburban Urological Associates,    2790 Mossite Blvd., Suite G110,    Monroeville, PA 15146-2766
14033275       +The Park & Cardiothoracic & Vascular Ins,    P.O. Box 643797,    Pittsburgh, PA 15264-3797
14109958       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
14033276       +UPMC CC,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14033277       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14042127        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:04:07      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14033268       +E-mail/Text: bdsupport@creditmanagementcompany.com May 31 2019 03:08:03
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14039817       +E-mail/Text: bankruptcy@huntington.com May 31 2019 03:07:38      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID
cr              U.S. Bank National Association, as indenture trust
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
14033278*      +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14033279*      +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
                                                                                      TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              Ashley Sweeney Wagner    on behalf of Creditor    West Jefferson Hills School District
               awagner@mcgrailassociates.com
              David Z. Valencik    on behalf of Joint Debtor Sylvia   Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Harry   Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bkgroup@kmllawgroup.com

```
District/off: 0315-2              User: jhel                Page 2 of 2                  Date Rcvd: May 30, 2019
                                  Form ID: pdf900           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                          TOTAL: 8