Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Harry Pearsol |
| Debtor 2 (Spouse, if filing) | Sylvia Pearsol |
| United States Bankruptcy Court for the: | WESTERN District of Pennsylvania (State) |
| Case number | 15-21404-CMB |

# Form 4100R
# Response to Notice of Final Cure
10/15

_____

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US BANK NA- INDENTURE TRUSTEE          **Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 4121

**Property address:**   423 FIRST STREET,
                        Number    Street

                        WEST ELIZABETH, PA 15088
                        City           State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

## Part 3: Postpetition Mortgage

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12/01/2019
                                                               MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                           (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:                    **+** (b) $_____
c. Total. Add lines a and b.                                                          (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
                                                    MM/  DD/  YYYY

Form 4100R                     **Response to Notice of Final Cure Payment**                     page 1

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[ ] all payments received;
[ ] all fees, costs, escrow, and expenses assessed to the mortgage; and
[ ] all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

Check the appropriate box:

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Lauren B. Karl                        Date 06/28/2019
   Signature

Print    Lauren Berschler Karl                Title Authorized Agent
         First Name    Middle Name    Last Name

Company    RAS Citron, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    PO Box 305
           Number        Street

           Ingomar, PA 15127
           City          State        ZIP Code

Contact    973-575-0707x 1340                Email lkarl@rascrane.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:

**Harry Pearsol**
**And**
**Sylvia Pearsol**
      **Debtors.**
_____/

**Ronda J. Winnecour, Esquire**
    **Trustee/Movant**

**v.**

**US Bank NA- Indenture Trustee**

_____/

**CHAPTER 13**

**CASE NO.: 15-21404-CMB**

**Related to Doc. No. 65**

**Claim No. 4-2**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 28, 2019, the foregoing Response to Notice of Final Cure was filed with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DAVID Z. VALENCIK, EQUIRE
CALAIARO VALENCIK
938 PENN AVENUE, SUITE 501
PITTSBURGH, PA 15222-3708

RONDA J. WINNECOUR, ESQUIRE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

HARRY PEARSOL
P.O. BOX 86
423 FIRST STREET
WEST ELIZABETH, PA 15088

SYLVIA PEARSOL
P.O. BOX 86
423 FIRST STREET
WEST ELIZABETH, PA 15088

                                  RAS CITRON, LLC

                  By: /s/  Lauren B. Karl
                      Lauren B. Karl, Esquire
                      PA Bar Number 88209
                      PO Box 305
                      Ingomar, PA 15129
                      Telephone: 973-575-0707 x 1340
                      Facsimile: 973-404-8886
                      Email: lkarl@rascrane.com