IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-21404 CMB |
| | : |
| Harry Pearsol and | : Chapter 13 |
| Sylvia Pearsol, | : |
| Debtors. | : Document No. |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor, Harry Pearsol, has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   **The Debtor is not required to pay any Domestic Support Obligations.**

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **May 20, 2015**, at docket number **10**, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* **Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.**

5. The Debtor, Sylvia Pearsol, is deceased.


**Dated:** July 16, 2019            **BY:**    /s/ Donald R. Calaiaro
                                    **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                    dcalaiaro@c-vlaw.com
                                    **BY:**    /s/ David Z. Valencik
                                    **David Z. Valencik, Esquire, PA I.D. #308361**
                                    dvalencik@c-vlaw.com

                                    **CALAIARO VALENCIK**
                                    **938 Penn Avenue, Suite 501**
                                    **Pittsburgh, PA 15222-3708**
                                    **(412) 232-0930**

**PAWB Local Form 24 (07/13)**