**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　HARRY PEARSOL<br>　SYLVIA PEARSOL<br>　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:15-21404<br><br>Chapter 13<br><br>Document No.: 61<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ____7th____ day of ____August____, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
8/7/19 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                        Case No. 15-21404-CMB
Harry Pearsol                                                                 Chapter 13
Sylvia Pearsol
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 2                 Date Rcvd: Aug 07, 2019
                              Form ID: pdf900         Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db/jdb         +Harry Pearsol,    Sylvia Pearsol,    P.O. Box 86,    423 First Street,
                 West Elizabeth, PA 15088-0086
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +U.S. Bank National Association, as Indenture Trust,     Aldridge Pite, LLP,
                 4375 Jutland Drive Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr             +West Jefferson Hills School District,    McGrail & Associates, LLC,    1714 Lincoln Way,
                 White Oak, PA   15131,    UNITED STATES 15131-1716
14033270       +JRMC Diagnostic Services,    10567 Sawmill Parkway, Suite 100,    Powell, OH 43065-6671
14033269       +Jefferson Hospital,    P.O. Box 643054,    Pittsburgh, PA 15264-3054
14079011       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
                 Attn: Dawn Lindner
14033271       +Pittsburgh Infectious Disease,    101 Drake Road, Suite C,    Pittsburgh, PA 15241-1556
14033272       +South Pittsburgh Anesthesia,    1699 Washington Rd., Suite 307,    Pittsburgh, PA 15228-1629
14033273       +Spring Leaf Finance,    P.O. Box 64,    Evansville, IN 47701-0064
14033274       +Suburban Urological Associates,    2790 Mossite Blvd., Suite G110,    Monroeville, PA 15146-2766
14033275       +The Park & Cardiothoracic & Vascular Ins,    P.O. Box 643797,    Pittsburgh, PA 15264-3797
14109958       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
14033276       +UPMC CC,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14033277       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14042127        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 03:26:11      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14033268       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 08 2019 03:21:20
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14039817       +E-mail/Text: bankruptcy@huntington.com Aug 08 2019 03:20:50      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID
cr              U.S. Bank National Association, as indenture trust
cr              US Bank NA- Indenture Trustee
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC   29603-0587
14033278*      +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14033279*      +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
                                                                                              TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              Ashley Sweeney Wagner    on behalf of Creditor    West Jefferson Hills School District
               awagner@mcgrailassociates.com
              David Z. Valencik    on behalf of Joint Debtor Sylvia    Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Harry    Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
```

```
District/off: 0315-2           User: culy                 Page 2 of 2                  Date Rcvd: Aug 07, 2019
                               Form ID: pdf900            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bkgroup@kmllawgroup.com
          Lauren Berschler Karl    on behalf of Creditor    US Bank NA- Indenture Trustee lkarl@rascrane.com
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                             TOTAL: 9