IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Harry Pearsol | ) | Case No.: 15-21404 CMB |
| Sylvia Pearsol | ) | Chapter 13 |
| | ) | |
|     Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | re doc. no. 72 |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     Vs. | ) | |
| Harry Pearsol | ) | |
| Sylvia Pearsol | | |
| | | |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, this __26th__ day of __August__, 2019, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before November 29, 2019.

FILED
8/26/19 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                Case No. 15-21404-CMB
Harry Pearsol                                                                         Chapter 13
Sylvia Pearsol
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Aug 26, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.
db/jdb        +Harry Pearsol,    Sylvia Pearsol,    P.O. Box 86,   423 First Street,
               West Elizabeth, PA 15088-0086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
              Ashley Sweeney Wagner    on behalf of Creditor   West Jefferson Hills School District
               awagner@mcgrailassociates.com
              David Z. Valencik    on behalf of Joint Debtor Sylvia  Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Harry  Pearsol dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor   US Bank NA- Indenture Trustee lkarl@rascrane.com
              Matthew Christian Waldt    on behalf of Creditor   U.S. Bank National Association, as indenture
               trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9